United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY RICHARDS,

    Plaintiff(s),

    v.

MICHAEL J. ASTRUE, Commissioner, Social security administration, et al.,

    Defendant(s).
_____/

No. C 08-1532 PJH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

    As the above-entitled case appears to be an attempt by plaintiff to reopen a previously closed case, *Richards v. Apfel, C 98-4132* CAL, pursuant to Civ. Local Rule 3-12, this case is referred to Judge Armstrong, who has been assigned the lower-numbered case, to consider whether the cases are related.

    **IT IS SO ORDERED.**

Dated: April 1, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge