**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| LARRY J. RICHARDS,<br><br>　　　Plaintiff,<br><br>　v.<br><br>KENNETH APFEL, et al.,<br><br>　　　Defendants. | No. C 98-04132 SBA<br><br>**ORDER**<br><br>[Docket No. 68] |
| LARRY RICHARDS,<br><br>　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　Defendant. | No. C 08-01532 PJH<br><br>**ORDER**<br><br>[Docket Nos. 8-9] |

Judge Saundra B. Armstrong has been asked to determine whether the newer above-captioned matter is related to the older above-captioned matter. *See* Docket No. 68 in case 98-04132 SBA, Docket Nos. 8 & 9 in case 08-01532 PJH. Judge Armstrong is a named defendant in case 98-04132, and thus RECUSES herself from this determination. The Clerk having assigned the older case to Judge Armstrong, as the previously assigned judge has retired, is directed to again reassign the older case.

　　IT IS SO ORDERED.

April 21, 2008

　　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　　United States District Judge