**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LARRY RICHARDS,                          No. C-98-4132 MMC

12            Plaintiff,                       **ORDER DIRECTING CLERK TO CLOSE CASE**

13      v.

14   KENNETH S. APFEL, et al.,

15            Defendants
     _____/

16

17        Judgment having been entered in the above-titled case on April 23, 1999, and no

18   order reopening the case having been filed at any time thereafter, the Clerk is directed to

19   close the above-titled case.[1]

20        **IT IS SO ORDERED.**

21   Dated:  April 30, 2008

22                                            MAXINE M. CHESNEY
                                              United States District Judge

23

24

25

26

27

28        [1]By order filed April 23, 2008, the matter was reassigned to the undersigned for the purpose of determining whether the instant case is related to a recently-filed case.