**FILED**

APR 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Referral for Purpose of Determining Relationship has been filed requesting the undersigned determine whether the following cases are related within the meaning of Civil L.R. 3-12(a):

C 98-4132 MMC    Richards v. Apfel
C 08-1532 PJH    Richards v. Astrue

ORDER

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a). Pursuant to Civil L.R. 3-12(f)(3), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. The parties are instructed that all future filings are to bear the initials **MMC** immediately after the case numbers.

DATED: April 30, 2008

MAXINE M. CHESNEY
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARDS et al,

    Plaintiff,

v.

APFEL, ET AL et al,

    Defendant.
_____/

Case Number: CV98-04132 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jocelyn Burton
U.S. Attorney's Office
1301 Clay Street, 340S
Oakland, CA 94612-5217

Todd A. Nielsen
Olsen & Talpers, P.C.
1500 City Center Square
1100 Main Street
Kansas City, MO 64105

Dated: April 30, 2008

                Richard W. Wieking, Clerk

                *Tracy Lucero*

                By: Tracy Lucero, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LARRY RICHARDS et al,

        Plaintiff,

v.

MICHAEL J ASTRUE et al,

        Defendant.

Case Number: CV08-01532 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Richards
2625 Alcatraz Avenue, #317
Berkeley, CA 94705-2702

Dated: April 30, 2008

        Richard W. Wieking, Clerk

        *Tracy Lucero*

        By: Tracy Lucero, Deputy Clerk

FILED

APR 30 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#72

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY RICHARDS, | No. C-98-4132 MMC |
| Plaintiff, | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| v. | |
| KENNETH S. APFEL, et al., | |
| Defendants | |

Judgment having been entered in the above-titled case on April 23, 1999, and no order reopening the case having been filed at any time thereafter, the Clerk is directed to close the above-titled case.[1]

**IT IS SO ORDERED.**

Dated: April 30, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] By order filed April 23, 2008, the matter was reassigned to the undersigned for the purpose of determining whether the instant case is related to a recently-filed case.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARDS et al,

      Plaintiff,

v.

APFEL, ET AL et al,

      Defendant.

Case Number: CV98-04132 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jocelyn Burton
U.S. Attorney's Office
1301 Clay Street, 340S
Oakland, CA 94612-5217

Todd A. Nielsen
Olsen & Talpers, P.C.
1500 City Center Square
1100 Main Street
Kansas City, MO 64105

Dated: April 30, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LARRY RICHARDS et al,

    Plaintiff,

v.

MICHAEL J ASTRUE et al,

    Defendant.

Case Number: CV08-01532 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Richards
2625 Alcatraz Avenue, #317
Berkeley, CA 94705-2702

Dated: April 30, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero, Deputy Clerk

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**FILED**

MAY 12 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Todd A. Nielsen
Olsen & Talpers, P.C.
1500 City Center Square
1100 Main Street
Kansas City, MO 64105

NIXIE       541    DE 1              00   05/05/08
       RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 94102040222        *0940-02028-01-44

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.58⁰
MAY 01 2008
MAILED FROM ZIPCODE 94102
02 1A
0004329882